FILED
2024 Jul-08  AM 09:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELISSA FENDLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:24-cv-00252-MHH** |
| **v.** | ) | |
| | ) | |
| **GRANTS MILL STATION, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Melissa Fendley and Defendant Grants Mill Station, LLC, by and through their undersigned counsel of record, hereby jointly stipulate and agree that this action, including all counts alleged in the Complaint by Plaintiff against Defendant, should be dismissed with prejudice, with the parties to bear its or their own costs, attorneys' fees, and expenses.

Respectfully submitted this the $8th$ day of July, 2024.

H. Carlton Hilson
Gabriell Jeffreys

ATTORNEYS FOR DEFENDANT

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203

54570312 v1

1

Edward I. Zwilling

ATTORNEY FOR PLAINTIFF

**OF COUNSEL:**
Edward I. Zwilling
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35242

54570312 v1                                    2